Ryan Alexander                                           E-FILED:
Law Offices of Ryan Alexander
520 S Fourth Street
LAS VEGAS, NV 89101
(702) 868-3311

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

RE:    Heilman, Beth                        )    BKS-09-28051
                                            )    Chapter 13
_____)

Attorney for Debtor

**MOTION TO VALUE COLLATERAL**
(Pursuant to subsections (a) and (d) of 11 U.S.C. § 506
and Federal Rule of Bankruptcy Procedure 3012)

---

**NOTICE IS HEREBY GIVEN** that Debtor requests the court to value the property described below.  This property secures the claim of the creditor named below.  Debtor also requests that the amount of the creditor's secured claim not exceed the value of its security, less the claims of creditors holding senior liens or security interests.  This determination will supersede any greater secured claim demanded in a proof of claim.  Any objections to the creditor's claim are reserved and will be filed after the creditor has filed a proof of claim.  In the opinion of the debtor, the collateral has the replacement value indicated below.

Name of the creditor whose collateral is being valued by this motion:
Bank of America

Total amount of this creditor's claim:                                                      $246,000

Description of collateral:

7536 HOPE VALLEY ST
LAS VEGAS, NV  89139-5330

The amount owed to and the name of all creditors holding liens or security interest senior to the lien or security interest of the above-named creditor:

<u>Name of Creditor</u>                                                                    <u>Amount of Claim</u>

Debtor's opinion of the exempt property's "replacement value" [as defined and limited by section 506(a)(2)]:  $98,000

Other information relevant to the resolution of this motion:
_____
_____
_____

I (we) declare under perjury under the laws of the State of Nevada that the foregoing is true and correct.

Dated: 11/16/09                              Debtor: Beth Heilman