Entered on Docket
March 12, 2010

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

_____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
Wells Fargo Bank, N.A.
09-77153 / 0074330572

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-28051-bam |
| Beth Ann Heilman | MS Motion No.<br>Date: February 2, 2010<br>Time: 1:30 PM |
| | Chapter 13 |
| Debtor. | |

### ORDER RE ADEQUATE PROTECTION

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, all appearances as noted on court record, and based upon all the papers and pleadings on file herein and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtor will cure the post-petition arrearages currently due as follows:

| | |
|---|---|
| 3 Monthly Payments(s) at $2,223.40 (October 1, 2009 - December 1, 2009) | $6,670.20 |
| 3 Late Charge(s) at $89.59 (October 1, 2009 - December 1, 2009) | $268.77 |
| Motion for Relief Filing Fee | $150.00 |
| Attorneys Fees | $750.00 |
| Total | $7,838.97 |

The total arrearage shall be paid in six monthly installments. Payments one through five (1-5) in the amount of $1,306.50 shall be in addition to the regular monthly payment and shall be due on or before the 20th day of the month commencing with the February 20, 2010 payment and continuing throughout and concluding on or before July 20, 2010. The sixth final payment in the amount of $1,306.47 shall be paid on or before August 20, 2010.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtor at least five business days' notice of the time, place and date of sale.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtor shall resume and maintain the regular monthly payments in a timely fashion, outside of any Bankruptcy Plan, beginning with the , payment, on Secured Creditor's Trust obligation, encumbering the subject Property, generally described as 10004 Wild Calla Street, Las Vegas, NV 89178, and legally described as follows:

PARCEL I
LOT SIXTY-FOUR (64) OF MOUNTAINS EDGE 60NO. I, PHASE I, A COMMON INTEREST COMMUNITY AS SHOWN BY MAP THEREOF ON FILE IN BOOK 119 OF PLATS, PAGE 32 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

PARCEL II
A NON-EXCLUSIVE EASEMENT FOR INGRESS AND EGRESS OVER THE PRNATE DRIVES AND COMMON ELEMENTS OF THE ABOVE REFERENCED PLAT, AS PROVIDED FOR IN AND SUBJECT TO THAT CERTAIN DECLARATION OF COVENANTS, CONDtTIONS AND RESTRICTIONS FOR THE SUMMIT AT MOUNTAINS EDGE HOMEOWNERS ASSOCIATION RECORDED FEBRUARY 22,2005 IN BOOK 20050222 AS DOCUMENT NO. 0000697, OFFICIAL RECORDS, CLARK COUNTY, NEVADA.

EXCEPT ALL OIL, ASPHALTUM, PETROLEUM, NATURAL GAS AND OTHER HYDROCARBONS AND OTHER VALUABLE MINERAL SUBSTANCES AND PRODUCTS, AND ALL OTHER MINERALS WHETHER OR NOT OF THE SAME CHARACTER HEREINABOVE GENERALLY DESCRfiED, IN OR UNDER SAID LAND AND LYING AND BEING AT A VERTICAL DEPTH OF 500 OR MORE FEET

BELOW THE PRESENT NATURAL SURFACE OF THE GROUND, BUT WITHOUT RIGHT OF ENTRY ON THE SURFACE OR WITHIN A VERTICAL DEPTH OF 500 FEET BELOW THE PRESENT NATURAL SURFACE OF THE GROUND.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtor fails to make any payments as stated in this Order, or fail to maintain the regular monthly payments on Secured Creditor's Trust Deed obligation, allowing the normal grace period, then Secured Creditor may file and serve upon Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of Condition. For each such Declaration Re Breach of Condition filed, there shall be assessed an attorney fees of $100.00, to be paid by the Debtors upon any reinstatement. If upon the sixteenth (16th) day Debtors have failed to cure the delinquency, then Secured Creditor may submit to this Court an Order vacating the automatic stay as to Secured Creditor, and Secured Creditor may thereafter proceed with foreclosure proceedings upon the subject Property, pursuant to applicable State Law, and take any action necessary to obtain complete possession thereof.

Submitted by:

WILDE & ASSOCIATES

By /S/GREGORY L. WILDE
GREGORY L. WILDE, ESQ.
Attorneys for Secured Creditor
212 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED AS TO FORM & CONTENT:

Kathleen A Leavitt                                      Ryan Alexander

By____                                                  By____
Kathleen A Leavitt                                      Ryan Alexander
Chapter 13 Trustee                                      Attorney for Debtors
201 Las Vegas Blvd., So. #200                           520 S. 4th St.
Las Vegas, NV 89101                                     Las Vegas, NV 89148

Nevada Bar No.