

**Entered on Docket
June 02, 2010**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: ) | |
| ) | |
| BETH ANN HEILMAN, ) | Case No. 09-28051-BAM |
| ) | Converted from Chapter 13 to |
| ) | Chapter 11 |
| ) | |
| ) | Hearing Date: May 6, 2010: |
| Debtors. ) | Time:  2:30 p.m. |

### ORDER GRANTING DEBTOR'S MOTION TO CONVERT

Debtor, Beth Ann Heilman, filed her Motion to Convert Case from Chapter 13 to Chapter 11 on March 25, 2010 and the hearing thereon was given; appearance at the hearing was made by Ryan Alexander, Esq., the attorney for Debtor; no opposition was filed; based on the papers filed herein, the arguments of counsel, and good cause appearing,

IT IS HEREBY ORDERED that the Motion to Convert a Case Under Chapter 13 to a Case Under Chapter 11 is GRANTED and that the Chapter 13 Trustee is awarded $150.00 as administrative fee.

_____
UNITED STATES BANKRUPTCY JUDGE

The Law Offices of Ryan Alexander, PLLC
520 S. 4th St., Ste. 340, Las Vegas, NV 89101

1

Alternative Method re Rule 9021

In accordance with LR 9021, counsel submitting this document certifies as follows (check one)

   ___    The court has waived the requirement of approval under LR 9021.
   ___    No Parties appeared or filed written objections, and there is no trustee appointed in this case.
   _X_    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below:

| Party | Approved | Disapproved | Failed to Respond |
|---|---|---|---|
| Kathleen Leavitt<br>201 Las Vegas Bld. #200<br>Las Vegas, NV 89101 | _____ | _____ | _____ |

DATED this 24th day May, 2010    APPROVED: _____
                                                           KATHLEEN A. LEAVITT

.
Prepared and Submitted by:

By:/s/ Ryan Alexander, Esq.
Ryan Alexander, Esq.
NV Bar No. 10845
The Law Offices of Ryan Alexander
520 S. Fourth Street
LAS VEGAS, NV 89101
(702) 868-3311
(702) 868-3312
ryan@ryanalexander.us